

NUMBER 13-12-00041-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF G.E.C. III AND B.L.C., CHILDREN

**On appeal from the 317th District Court
of Jefferson County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, George Clark, filed an appeal from a judgment entered by the 317th District Court of Jefferson County, Texas, in cause number C-205,695E. On April 2, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on March 14, 2012, and that the deputy district clerk, Martiza Downs, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could

be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the Court's notice, the appeal would be dismissed for want of prosecution. The notice was sent to appellant's address by certified mail return receipt requested; however, the certified mail was returned as unclaimed and unable to forward. Subsequently, the Clerk of the Court sent the notice to appellant by regular mail on April 26, 2012.

On April 26, 2012, the Clerk of this Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
21st day of June, 2012.

2